IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALAN C. LOLLIS,<br><br>        Plaintiff,<br><br>vs.<br><br>LT. OFFICER G. ROBERTS, *et al.*,<br><br>        Defendants. | CASE NO. 3:25-CV-207<br><br>JUDGE JAMES R. KNEPP II<br><br>MAGISTRATE JUDGE DARRELL A. CLAY<br><br>**ORDER** |

    Plaintiff's application for leave to proceed *in forma pauperis* (Doc. No. 2) is granted. Pursuant to 28 U.S.C. § 1915(b), the filing fee in the amount of $350 is due. An initial partial payment in the amount of $11.17 is currently due and should be deducted from Plaintiff's prisoner account, when funds are available therein, until the initial partial fee is paid. Thereafter, the prison cashier's office shall deduct, and forward to the Court, 20% of the preceding month's income credited to Plaintiff's prisoner account each time the amount in the account exceeds $10.00 until the full fee has been paid. The Clerk is directed to issue a copy of this order and the attached instructions, which are incorporated herein, to Plaintiff and the prison cashier's office. The Clerk is further directed to forward a copy of this order to the Court's financial office.

    **IT IS SO ORDERED.**

Dated: <u>May 7, 2025</u>

                                                    DARRELL A. CLAY
                                                    UNITED STATES MAGISTRATE JUDGE

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ALAN C. LOLLIS, | CASE NO. 3:25-CV-207 |
| Plaintiff, | MAGISTRATE JUDGE DARRELL A. CLAY |
| vs. | |
| LT. OFFICER G. ROBERTS, *et al.*, | **PL-3 PAYMENT FORM** |
| Defendants. | |

**STAPLE CHECK HERE:**