IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| ALAN C. LOLLIS, | : | |
| | : | Case No. 3:25-cv-00207 |
| Plaintiff, | : | |
| | : | Judge James R. Knepp II |
| v. | : | |
| | : | Magistrate Judge Darrell A. Clay |
| LT. OFC. G. ROBERTS, et al., | : | |
| | : | Jury Demand Endorsed Hereon |
| Defendants. | : | |

## ANSWER OF DEFENDANTS

Now comes the Defendants, Lt. Geoffrey Roberts, Inspector Michael Jenkins, and Lt. Joshua Mulinix, by and through counsel, and for their Answer to Plaintiff's Complaint (Doc. 1).

1. Defendants admit that this Court has jurisdiction.

2. Defendants deny all remaining allegations contained in the Complaint.

### FIRST DEFENSE

3. Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

4. Plaintiff has failed to exhaust all administrative remedies.

### THIRD DEFENSE

5. The conduct of Plaintiff, in whole or in part, bars Plaintiff's claims for relief.

### FOURTH DEFENSE

6. Plaintiff's claims may be barred by expired statutes of limitations.

### FIFTH DEFENSE

7. Plaintiff is barred from relief due to the extent and degree of Plaintiff's negligence.

### SIXTH DEFENSE

8. Plaintiff is barred from relief because the Plaintiff acted in a fraudulent manner.

### SEVENTH DEFENSE

9. Plaintiff has failed to comply with the mandatory filing requirements set forth by the Prison Litigation Reform Act.  See 28 U.S.C. § 1915.

### EIGHTH DEFENSE

10. Plaintiff's claims are barred against the answering Defendants because the answering Defendants did not proximately cause any injury to Plaintiff.

### NINTH DEFENSE

11. Plaintiff's claims may be barred by Plaintiff's failure to join any party or parties under Rule 19 and/or 19.1

### TENTH DEFENSE

12. Plaintiff's claims are barred, in whole or in part, by a lack of standing to seek the relief for which he prays.

### ELEVENTH DEFENSE

13. Plaintiff's claims are barred, in whole or in part, by a lack of capacity to see the relief for which he prays and/or because this matter as brought is non-justiciable.

### TWELFTH DEFENSE

14. The answering Defendants are entitled to immunity, including statutory, absolute, and qualified immunity, and also immunity from punitive damages.

**THIRTEENTH DEFENSE**

15. Plaintiff's claims against the answering Defendants are expressly subject to, barred, or limited by the provisions of Ohio's Political Subdivision Tort Immunity Statute, Ohio Revised Code Chapter 2744.

**FOURTEENTH DEFENSE**

16. Plaintiff's Complaint fails to state facts sufficient to entitle Plaintiff to an award of punitive damages against the answering Defendant.

**FIFTEENTH DEFENSE**

17. The answering Defendants are entitled to a setoff of damages and/or limitation of damages pursuant to federal and state statutes.

**SIXTEENTH DEFENSE**

18. Plaintiff is barred from relief because the answering Defendants acted in good faith.

**SEVENTEENTH DEFENSE**

19. Plaintiff is barred from relief because the answering Defendants acted lawfully at all times.

**EIGHTEENTH DEFENSE**

20. Plaintiff's claims may be impacted by the Prison Litigation Reform Act, including any authorization of attorney's fees.

**NINETEENTH DEFENSE**

21. The answering Defendants hereby give notice that they intend to rely upon and utilize any other affirmative defenses that might become available or apparent during the course of discovery and hereby reserve the right to amend this Answer to assert such defense or defenses.

WHEREFORE, Defendants Roberts, Jenkins, and Mulinix demand that Plaintiff's claims against these Defendants be dismissed in their entirety and with prejudice.

        Respectfully submitted,

        DAVE YOST
        Ohio Attorney General

        *s/Marcy A. Vonderwell*
        **MARCY A. VONDERWELL (0078311)**
        Senior Assistant Attorney General
        Criminal Justice Section
        Corrections Litigation Unit
        30 E. Broad Street, 23rd Floor
        Columbus, Ohio 43215-3428
        (6l4) 644-7233; (fax) (866) 401-2830
        Marcy.Vonderwell@OhioAGO.gov

        Counsel for Defendants

## JURY DEMAND

The answering Defendants hereby demand a trial by jury on all issues herein triable.

        *s/Marcy A. Vonderwell*
        **MARCY A. VONDERWELL (0078311)**
        Senior Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2025 a copy of the foregoing *Defendants' Answer to Plaintiff's Complaint* has been electronically filed and has been served upon Plaintiff, via U.S. mail, postage prepaid at the address below:

Alan C. Lollis, #A630-979
Toledo Correctional Institution
2001 E. Central Avenue
Toledo, Ohio 43608

*/s/ Marcy A. Vonderwell*
MARCY A. VONDERWELL (078311)
Senior Assistant Attorney General